AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA (NORTHERN DIVISION)__

JEFFREY HARRIS, WILLIE BERNARD MACK,
DEMETRIUS PARHAM and HENRY TARVER

V.

MID-STATE LAND & TIMBER CO., INC.
d/b/a, SEDGEFIELDS PLANTATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV875-ID

TO: (Name and address of Defendant)

Mid-State Land & Timber Co., Inc.
c/o Drayton Pruitt, Jr.
105 Washington Street
Livingston, Alabama  35470

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerry Roberson, Esq.
ROBERSON & ROBERSON
8 Office Park Circle, Suite 150
Birmingham, Alabama  35223
(205) 871-1115

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                           9/29/06
CLERK                                                      DATE
_William C. R_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                  *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.