**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jackie Nelson_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   Jackie Nelson    C. Date of Delivery   10/2/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Mid State Land & Timber Co.
d/b/a Sedgefields Plantation
c/o Drayton Pruitt, Jr.
105 Washington Street
Livingston, Alabama 35470

06cv875 S&C

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7004 1160 0004 9757 3264

102595-02-M-1540

PS Form 3811, February 2004    Domestic Return Receipt