IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 2:06cv875-ID |
| v. | ) |
| | ) |
| MID STATE LAND & TIMBER CO., | ) |
| INC., d/b/a SEDGEFIELDS | ) |
| PLANTATION, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Before the court is a "consent motion to consolidate," filed by Defendant Mid State Land & Timber Co., Inc., formerly d/b/a Sedgefields Plantation ("Mid State"), on October 23, 2006. (Doc. No. 6.) Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Mid State moves the court to consolidate civil action numbers 2:06cv405-ID and 2:06cv875-ID for the limited pretrial purpose of imposing the same discovery deadlines in both cases.[1] In civil action number 2:06cv405-ID, a Uniform Scheduling Order has been entered, setting the discovery deadline for March 23, 2007. Mid State requests the court to set the same discovery deadline in this lawsuit, asserting that adherence to the March 23, 2007, deadline in both lawsuits "will promote convenience and economy in judicial administration and will cause no prejudice to any party." (Doc.

---

[1] Mid State does not request a consolidated trial of these lawsuits.

No. 6 ¶ 4.) In both 2:06cv405-ID and 2:06cv875-ID, Plaintiffs employ the same counsel, as does Mid State, and Mid State represents that Plaintiffs' counsel does not oppose its motion to consolidate.

Having reviewed the files in both civil actions, the court concurs with Mid State that commonalities of factual and legal issues exist in the two cases and that consistent discovery deadlines in these lawsuits will promote convenience and economy in judicial administration and will not result in prejudice to the parties. See Hendrix v. Raybestos-Manhattan, Inc., 776 F.2d 1492, 1495 (11th Cir. 1985). From a purely administrative standpoint, however, the court finds that it is unnecessary to consolidate the two case files. As the parties are aware, the joint Rule 26(f) report in this lawsuit is due on or before November 1, 2006. (See Doc. No. 5.) When preparing their joint Rule 26(f) report, the parties are permitted to request in that report the same discovery deadlines as currently are set in 2:06cv405-ID, and the court will honor those requested dates in setting the deadlines in the Uniform Scheduling Order which will be entered in this case. To this extent, the court finds that Mid State's motion to consolidate is due to be granted.

Accordingly, it is CONSIDERED and ORDERED that Mid State's consent motion to consolidate be and the same is hereby GRANTED to the extent that, upon request by the parties in their joint Rule 26(f) report, which is due by November 1, the court will set the same discovery deadlines as in civil action number 2:06cv405-ID. All pleadings,

motions, briefs, orders and other documents, however, shall be maintained separately in the respective clerk's files of civil action numbers 2:06cv405-ID and 2:06cv875-ID.

DONE this 26th day of October, 2006.

                               /s/ Ira DeMent
                               SENIOR UNITED STATES DISTRICT JUDGE