IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM and HENRY TARVER,<br><br>Plaintiffs,<br><br>vs.<br><br>MID-STATE LAND & TIMBER COMPANY, INC., D/B/A SEDGEFIELDS PLANTATION,<br><br>Defendant. | CIVIL ACTION NO.:<br>2:06-CV-00875-ID-CSC |

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held on October 30, 2006 between (a) Jerry D. Roberson, Esq., Roberson & Roberson, 8 Office Park Circle, Suite 150, Birmingham, Alabama 35223, on behalf of Plaintiffs Jeffrey Harris, Willie Mack, Demetrius Parham, and Henry Tarver and (b) Carter H. Dukes, Esq., Huckaby Scott & Dukes, P.C., 2100 Third Avenue North, Suite 700, Birmingham, Alabama, 35203, on behalf of Defendant Mid State Land & Timber Company, Inc., formerly d/b/a Sedgefields Plantation.

2. **Pre-Discovery Disclosures.**  The parties will exchange by November 15, 2006 the information required by Rule 26.1(a)(1).

3. **Discovery Plan.**  The parties jointly propose to the Court the following discovery plan, but do not necessarily agree with the scope of discovery proposed by the opposing party. The parties reserve the right to object to discovery when made.

 a. Discovery will be needed by Plaintiff on the following subjects: all

1

substantive claims and defenses.

    b.    Discovery will be needed by Defendant on the following subjects: all substantive claims and defenses.

    c.    All discovery should be commenced in time to be completed by March 23, 2007.

    d.    Maximum of 40 interrogatories and 40 requests for production and responses thereto due 20 days after service unless extended by agreement of the party propounding the interrogatories or requests for production.

    e.    Maximum of 15 requests for admission by each party to any other party, and responses thereto due 20 days after service unless extended by agreement of the party propounding the requests.

    f.    Maximum of 10 depositions by Plaintiff and a maximum of 10 depositions by Defendant.

    g.    Each deposition shall be limited to a maximum of 8 hours unless extended by agreement of the parties.

    h.    Reports from retained experts under Rule 26(a)(2) due:

        i.    From Plaintiff by November 22, 2006.

        ii.    From Defendant by December 15, 2006.

    i.    Supplementation under Rule 26(e) is due at least 30 days before the end of the discovery period.

4.    **Other Items**.

    a.    The parties do not request a conference with the Court before entry of the

scheduling order.

  b.  The parties request a pretrial conference in April 2007.

  c.  Plaintiff should be allowed until November 22, 2006, to join additional parties and to amend the pleadings.

  d.  Defendant should be allowed until December 7, 2006, to join additional parties and to amend the pleadings.

  e.  All potentially dispositive motions should be filed by January 5, 2007.

  f.  Settlement cannot be realistically evaluated prior to January 26, 2007.

  g.  Final list of trial evidence (both witnesses and exhibits) under Rule 26(a)(3) should be due from the Plaintiff and the Defendant 30 days prior to trial date.

  h.  The parties shall have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

  i.  The case should be ready for trial on July 23, 2007 and at this time is expected to take approximately 4 to 5 days to try.

DATED:  October 31, 2006

            Respectfully submitted,

              /s/ Jerry D. Roberson
              Jerry D. Roberson
              Attorney for Plaintiff
              Norris Foster

**OF COUNSEL:**
ROBERSON & ROBERSON
8 Office Park Circle
Birmingham, Alabama  35223
(205) 871-1115

                                        /s/Carter H. Dukes
                                              Carter H. Dukes
                                            Kimberly W. Geisler
                                     Attorneys for Defendant
                                     Mid State Land & Timber
                                             Company, Inc.

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300


39217