IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEFFREY HARRIS, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) CIVIL ACTION NO. 2:06cv875-ID |
| v. | ) |
| | ) |
| **MID STATE LAND & TIMBER CO.,** | ) |
| **INC., d/b/a SEDGEFIELDS** | ) |
| **PLANTATION,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon CONSIDERATION of Plaintiffs' motion for leave to amend complaint, filed November 1, 2006 (Doc. No. 10), it is ORDERED that said motion be and the same is hereby DENIED without prejudice with leave for Plaintiffs to re-file in accordance with this District's local rules for the filing of amendments. See M.D. ALA. L.R. 15.1 ("Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference.").

DONE this 2nd day of November, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE