IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM and HENRY TARVER | )<br>)<br>)<br>) |
| Plaintiffs, | ) PLAINTIFF DEMANDS TRIAL<br>) BY A STRUCK JURY<br>)<br>) |
| vs. | ) Civil Action No.:<br>) |
| MID STATE LAND & TIMBER COMPANY, INC., D/B/A SEDGEFIELDS PLANTATION | ) 2:06-cv-875-ID-<br>)<br>)<br>) |
| Defendant. | ) |

**PLAINTIFFS' OBJECTION TO THE COURT'S SCHEDULING ORDER**

COME NOW the Plaintiffs, in the above-styled cause and object to the Scheduling Order entered by this Court. As grounds for said motion, Plaintiffs would show unto this Court as follows:

1. Counsel for the Plaintiffs is a solo practitioner in Birmingham, Alabama.

2. The Plaintiffs' counsel has previously received a scheduling order in *Cresheva Davis v. Regions Bank*, 2:06-cv-264-MHT Middle District of Alabama, pending before the Honorable Judge Myron H. Thompson. The Plaintiff has received a scheduling order in the *Davis* case also setting a pretrial hearing on June 15, 2007 and a trial date of July 23, 2007.

3. Plaintiffs' counsel did receive, on October 31, 2006, the notice of this Court's Scheduling Order advising that it was setting a pretrial hearing in the above case on June 15, 2007, and setting the case for trial on July 23, 2007.

4.   Counsel for Plaintiffs request relief from the conflict in the above dates. The Plaintiffs' counsel can agree to all the other deadlines in the scheduling order, but requests relief as to the date of the pretrial conference and the trial date.

Respectfully submitted,

s/Jerry Roberson

_____
Jerry Roberson (ROB010)
Attorney for Plaintiffs
**ROBERSON & ROBERSON**
8 Office Park Circle, Suite 150
Birmingham, Al 35223
Telephone:   (205) 871-1115
Facsimile:   (205) 871-5115

**OF COUNSEL*:*

Albert H. Adams, Jr., Esq.  (ADA-058)
IRBY LAW FIRM, LLC
P.O. Box 910
Eufaula, Al. 36072

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

        s/Jerry Roberson
        _____
        OF COUNSEL