IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEFFREY HARRIS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | CIVIL ACTION NO. 2:06cv875-ID |
| v. ) | |
| ) | |
| **MID STATE LAND & TIMBER CO.,** ) | |
| **INC., d/b/a SEDGEFIELDS** ) | |
| **PLANTATION,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Before the court is Plaintiff's Objection to the Court's Scheduling Order. (Doc. No. 13.) Upon CONSIDERATION thereof and for good cause shown, it is ORDERED that said Objection be and the same is hereby SUSTAINED.

Accordingly, it is CONSIDERED and ORDERED that the pretrial hearing in this cause, presently set on June 15, 2007, be and the same is hereby CONTINUED to October 1, 2007, and that the trial of this cause, presently set to commence on the court's July 2007 trial term, be and the same is hereby CONTINUED to the court's next trial term which commences on November 5, 2007.

All other deadlines in the Uniform Scheduling Order entered on October 31, 2006 (Doc. No. 9) shall remain in full force and effect.

DONE this 3rd day of November, 2006.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE