IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEFFREY HARRIS, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | )   CIVIL ACTION NO. 2:06cv875-ID |
| v. | ) |
| | ) |
| **MID STATE LAND & TIMBER CO.,** | ) |
| **INC., d/b/a SEDGEFIELDS** | ) |
| **PLANTATION,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

Upon CONSIDERATION of Plaintiffs' motion for leave to amend complaint (Doc. No. 18), it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 27th day of November, 2006.

                                          /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE