## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | )   **CIVIL ACTION NO. 2:06cv875-ID** |
| v. | ) |
| | ) |
| MID STATE LAND & TIMBER CO., | ) |
| INC., d/b/a SEDGEFIELDS | ) |
| PLANTATION, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Upon CONSIDERATION of the joint motion to continue scheduling order deadlines (Doc. No. 17), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the dispositive motion deadline be and the same is hereby EXTENDED to and including March 5, 2007.

DONE this 27th day of November, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE