IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv875-ID |
| | ) |
| MID STATE LAND & TIMBER CO., | ) |
| INC. d/b/a SEDGEFIELDS | ) |
| PLANTATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the defendant's motion to compel (doc. # 24) filed on December 8, 2006 it is

ORDERED that on or before December 26, 2006, the opposing party shall show cause why the motion should not be granted.

Done this 11th day of December, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE