**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM and HENRY TARVER,** | ) ) ) ) | |
| **Plaintiffs** | ) ) | **Civil Action No.:** |
| | ) | **2:06-cv-875-ID-CSC** |
| **v.** | ) ) | |
| **MID-STATE LAND & TIMBER COMPANY, INC., d/b/a SEDGEFIELDS PLANTATION,** | ) ) ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) ) | _____ |
| **NORRIS FOSTER,** | ) ) | |
| **Plaintiff,** | ) ) ) | **Civil Action No.:** |
| **v.** | ) ) ) | **2:06-CV-00405-ID-SRW** |
| **MID-STATE LAND & TIMBER COMPANY, INC., d/b/a SEDGEFIELDS PLANTATION,** | ) ) ) ) | |
| **Defendant.** | ) ) ) | |

_____

**NOTIFICATION OF ADDRESS CHANGE**

COME NOW the Plaintiffs in the above styled action, by and through their undersigned counsel of record and gives notice to the Court and opposing counsel of the following:

1.     That the office of Roberson & Roberson moved their office the week of December 17, 2006.

2.    That the contact information for Jerry D.  Roberson will be as follows:

**<u>New Contact Information:</u>**
**Jerry Roberson**
***ROBERSON & ROBERSON***
**3765 Kinross Drive**
**P.O. Box 380487**
**Birmingham, Alabama 35238-0487**
**Phone Number:205.981.3906**
**Fax Number:205.981.3908**
**E-mail: <u>jdratty@charter.net</u>**
**<u>tlbaker@charter.net</u>**

WHEREFORE, Plaintiff respectfully requests this Court and opposing counsel to note the above changes and direct any future correspondence to the address and/or number(s) listed above.

Respectfully submitted,

<u>s/Jerry Roberson</u>
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238
Telephone:   (205) 981-3906
Fax:          (205) 981-3908
E-mail: **<u>jdratty@charter.net</u>**
          **<u>tlbaker@charter.net</u>**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

s/Jerry Roberson

_____
OF COUNSEL