IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv875-ID |
| ) | |
| MID STATE LAND & TIMBER CO., ) | |
| INC. d/b/a SEDGEFIELDS ) | |
| PLANTATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the defendant's supplemental motion to compel (doc. # 24) filed on December 8, 2006. On December 11, 2006, the court directed the plaintiffs to show cause why the motion to compel should not be granted. *See* Doc. # 25. To date, the plaintiffs have filed nothing in response to the court's order. Accordingly, upon consideration of the motion to compel, and for good cause, it is

ORDERED that the defendant's motion to compel (doc. # 24) be and is hereby GRANTED. It is further

ORDERED that, within fifteen days from the date of this order, the plaintiffs shall produce any responsive documents to the interrogatories and requests for production.

Done this 8th day of January, 2007.

  /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE