## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM, and HENRY TARVER,** )<br>)<br>)<br>)<br>)<br>    Plaintiffs,    )<br>)<br>v.    )<br>)<br>**MID STATE LAND & TIMBER COMPANY, INC., D/B/A SEDGEFIELDS PLANTATION,**    )<br>)<br>)<br>)<br>    Defendant.    ) | **CIVIL ACTION NO.:**<br><br>**2:06-CV-00875-ID-CSC** |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF ROY LEE'S CLAIMS**

COMES NOW Defendant Mid State Land & Timber Company, Inc. (hereafter referred to as "Mid State" or "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Court for summary judgment dismissing Plaintiff Roy Lee's claims against Defendant with prejudice on the basis that there are no genuine issues of material fact and Defendant is entitled to judgment as a matter of law. Further, as there is no just reason for delay, Defendant respectfully requests that this Court render a judgment in favor of this Defendant as to Plaintiff Roy Lee a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant relies on its supporting brief, the exhibits herewith, the

exhibits and affidavits filed with Defendant's Brief in Support of Motion for Summary Judgment, as well as the pleadings and other papers filed in this action.

                                      Respectfully submitted,

                                     /s/Carter H. Dukes
                                         Carter H. Dukes
                                        Kimberly W. Geisler
                                      Attorneys for Defendant
                               Mid State Land & Timber Company, Inc.

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama  35203
(205) 251-2300

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     Jerry D. Roberson, Esq.
     Roberson & Roberson
     3765 Kinross Drive
     P.O. Box 380487
     Birmingham, Alabama 35238-0487

     Albert H. Adams, Jr., Esq.
     Irby Law Firm, LLC
     Post Office Box 910
     Eufaula, Alabama 36072

     DONE this the 19th day of February, 2007.

                                   /s/Carter H. Dukes
                                        Of Counsel

36574.1