IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO.  2:06cv875-ID |
| ) | |
| MID STATE LAND & TIMBER CO.,   ) | |
| INC.  d/b/a SEDGEFIELDS   ) | |
| PLANTATION,   ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

Now pending before the court is the plaintiff's motion to compel (doc. # 28) filed on February 14, 2007, and the defendant's motion for a protective order (doc. # 31) filed on February 20, 2007.  Upon consideration of the motions, and for good cause, it is

ORDERED that oral argument on the motions be and is hereby set by telephone conference on February 22, 2007 at 9:30 a.m.  Counsel for the plaintiffs shall set up the telephone conference.

Done this 21st day of February, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE