# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 2/22/07 | AT | 9:31 a.m. - 9:50 a.m. |
| DATE COMPLETED: 2/22/07 | | FTR Recorded |

JEFFREY HARRIS, et al

    Plaintiff

vs..

    CIVIL ACTION NO. 2:06-CV-875-ID-CSC

MID-STATE LAND & TIMBER COMPANY, INC

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Jerry D. Roberson | | Atty. Carter H. Dukes |
| | | Atty. Kimberly W. Geisler |

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY**: WANDA STINSON      **LAW CLERK**: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:    ***TELEPHONE CONFERENCE re: ORAL ARGUMENTS RE: MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER***

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Oral arguments -06cv875-ID-CSC
**Date:** 2/22/2007      **Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 9:31:48 AM | Court | Telephone conference begins; Oral arguments begin; Discussion as to motion for protective order and motion to compel relating to information about comparatories and time limits; Discussions as to the payroll records; |
| 9:32:33 AM | Atty. Roberson | The payroll records and the qualifications for the people, their personnel file; |
| 9:32:41 AM | Atty. Dukes | Then the depositions testimony concerning those records; discussions regarding the complaint and amended complaint alledging that white workers hired after them were paid more than them; deposed plaintiffs last month; Their deposition testimony is consistant with the allegations in the complaint as to their comparators; Also have some declarations that are consistant; |
| 9:34:27 AM | Atty. Roberson | Addresses the court as to the issues; all the plaintiffs are black men who worked as laborers, except for Roy Lee, he was in management which were hired recently; Then Mid-State hired four white people and paid them more than the blacks; Roy Lee worked in management before David Carroll was hired; |
| 9:35:52 AM | Court | Response regarding summary judgment; |
| 9:36:02 AM | Atty. Roberson | Roy Lee was initially in management was paid by hour; He's only black that has been hired in management; He was the only person in managment paid by the hour; They gave him a salary which is lower then the amount of money he was making by the hour; |
| 9:37:13 AM | Atty. Dukes | Response; Discussion as to complaint of discrimination of Roy Lee is pay difference; |
| 9:38:18 AM | Atty. Roberson | We are entitled to records during the statutoryperiod; |
| 9:38:41 AM | Court | Discussion as to paragraph 19 of the second amended complaint; Discussion as to whether plaintiff should pursue discovery towards allegation in the complaint; |
| 9:39:14 AM | Atty. Dukes | Response; |
| 9:39:55 AM | Court | Discussion as to a pattern in practice claim and whether or not an individual have the right to adduce evidence to show that that system exist and is the cause of discrimination; |
| 9:40:39 AM | Atty. Roberson | Response; |
| 9:41:02 AM | Atty. Geisler | Response; |
| 9:41:31 AM | Atty. Roberson | Response; |
| 9:41:39 AM | Atty. Dukes | Addresses the court as to the claim by Mr. Lee as to the pay difference of Mr. Norman; |
| 9:41:58 AM | Court | Mr. Lee might be in slightly different category; Focus is on the individals paid on an hourly basis; |
| 9:42:30 AM | Atty. Roberson | There may be other plaintiffs that could file claim; |

| Time | Speaker | Notes |
|---|---|---|
| 9:42:46 AM | Atty. Dukes | Response - that plaintiff is changing their cause of action, changing the claims; |
| 9:43:23 AM | Atty. Roberson | Response; |
| 9:44:24 AM | Court | Discussion as to personnel files of everybody; Has that been resolved? |
| 9:44:41 AM | Atty. Roberson | No sir; |
| 9:44:46 AM | Court | Response; |
| 9:44:55 AM | Atty. Roberson | This operation has about 10 employees; |
| 9:45:06 AM | Atty. Dukes | There was 10 at time of the lawsuit was filed; |
| 9:45:39 AM | Atty. Roberson | Suggestion to be given the documents for he statutory period; |
| 9:46:08 AM | Court | That period would be dated from 2005; |
| 9:46:12 AM | Atty. Roberson | When the complaint filed; From 2001; |
| 9:46:27 AM | Court | Will take matters under advisement and get a ruling to you soon; |
| 9:46:36 AM | Atty. Dukes | Response regarding March 5, summary judgment deadline; |
| 9:46:47 AM | Court | Don't agree as to whether the claims are being changed; |
| 9:47:56 AM | Atty. Geisler | Response; |
| 9:48:56 AM | Atty. Roberson | Response; |
| 9:49:03 AM | Atty. Geisler | Response; |
| 9:49:26 AM | Court | Addresses the parties regarding requesting additional time conduct from Judge DeMent in support of the motion for summary judgment; |
| 9:50:04 AM | Court | Call ends; |