IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv875-ID |
| | ) |
| MID STATE LAND & TIMBER CO., | ) |
| INC. d/b/a SEDGEFIELDS | ) |
| PLANTATION, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion to compel (doc. # 28) filed on February 14, 2007, and the defendant's motion for a protective order (doc. # 31) filed on February 20, 2007. The court held oral argument on the motions on February 22, 2007. Upon consideration of the motions and oral argument, and for good cause, it is

ORDERED that the motion to compel be and is hereby GRANTED to the extent that the defendants shall produce payroll information on all persons employed and paid an hourly rate by the defendant during the three years preceding the filing of the complaint on September 28, 2006. The defendant shall also produce payroll information and qualifications of all managers employed by the defendant during the three years preceding the filing of the complaint. The motion for a protective order be and is hereby GRANTED in all other respects .

Done this 23rd day of February, 2007.

                                    /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE