IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 2:06cv875-ID |
| v. | ) |
| | ) |
| MID STATE LAND & TIMBER CO., | ) |
| INC., d/b/a SEDGEFIELDS | ) |
| PLANTATION, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Before the court is a joint motion to continue, filed February 23, 2007 (Doc. No. 35), by Defendant Mid State Land & Timber Co., Inc., and Plaintiffs in civil actions numbers 2:06cv405 and 2:06cv875. Upon CONSIDERATION thereof, it is ORDERED that said motion be and the same is hereby GRANTED as follows:

(1) the time for Plaintiff Roy Lee to file an opposition to Defendant's motion for summary judgment be and the same is hereby EXTENDED to and including April 9, 2007. Defendant may file a reply, if desired, on or before April 20, 2007; and

(2) the dispositive motion deadline be and the same is hereby EXTENDED to and including April 5, 2007.

Done this 26th day of February, 2007.

                              /s/ Ira DeMent
                              SENIOR UNITED STATES DISTRICT JUDGE