IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv875-ID |
| | ) |
| MID STATE LAND & TIMBER CO., | ) |
| INC. d/b/a SEDGEFIELDS | ) |
| PLANTATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the defendant's motion to compel (doc. # 38) filed on March 21, 2007, it is

ORDERED that on or before April 5, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 21st day of March, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE