IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM, and HENRY TARVER, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: |
| v. | ) ) | 2:06-CV-00875-ID-CSC |
| MID STATE LAND & TIMBER COMPANY, INC., D/B/A SEDGEFIELDS PLANTATION, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO THE CLAIMS OF PLAINTIFFS JEFFREY HARRIS, WILLIE MACK, DEMETRIUS PARHAM AND HENRY TARVER**

COMES NOW Defendant Mid State Land & Timber Company, Inc. (hereafter referred to as "Mid State" or "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Court for summary judgment dismissing the claims of Plaintiffs Jeffrey Harris ("Harris"), Willie Bernard Mack ("Mack"), Demetrius Parham ("Parham"), and Henry Tarver ("Tarver") (collectively "Plaintiffs") against Defendant with prejudice on the basis that there are no genuine issues of material fact and Defendant is entitled to judgment as a matter of law. Further, as there is no just reason for delay, Defendant respectfully requests that this Court render a final

judgment in favor of this Defendant as to Plaintiffs pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant relies on its supporting brief and the exhibits and affidavits filed therewith, as well as the pleadings and other papers filed in this action.

                        Respectfully submitted,

                        /s/Carter H. Dukes
                        Carter H. Dukes
                        Kimberly W. Geisler
                        Attorneys for Defendant
                        Mid State Land & Timber Company, Inc.

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203
(205) 251-2300

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jerry D. Roberson, Esq.
>Roberson & Roberson
>3765 Kinross Drive
>P.O. Box 380487
>Birmingham, Alabama 35238-0487
>
>Albert H. Adams, Jr., Esq.
>Irby Law Firm, LLC
>Post Office Box 910
>Eufaula, Alabama 36072

  DONE this the 4th day of April, 2007.

                                              /s/Carter H. Dukes

40567