**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM and HENRY TARVER,** ) ) ) ) | |
| ) | **CIVIL ACTION NO.:** |
| **Plaintiffs,** ) | **2:06-CV-00875-ID-CSC** |
| ) | |
| vs. ) | |
| ) | |
| **MID-STATE LAND & TIMBER COMPANY, INC., D/B/A SEDGEFIELDS PLANTATION,** ) ) ) ) | |
| **Defendant.** ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, Defendant Mid State Land & Timber Company, Inc. formerly d/b/a Sedgefields Plantation ("Mid State") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

The following entities are hereby reported:

The Peble Corporation– parent corporation; and

ORIC, LLC– limited liability company of which Mid State is the sole member.

                                  Respectfully submitted,

                                  /s/ Kimberly W. Geisler
                                        Carter H. Dukes
                                        Kimberly W. Geisler
                                        Attorneys for Defendant
                            Mid State Land & Timber Company, Inc.

OF COUNSEL:
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jerry D. Roberson, Esq.
>Roberson & Roberson
>8 Office Park Circle
>Suite 150
>Birmingham, Alabama 35223
>
>Albert H. Adams, Jr., Esq.
>Irby Law Firm, LLC
>Post Office Box 910
>Eufaula, Alabama 36072

DONE this the 9th day of April, 2007.

                                              /s/ Kimberly W. Geisler
                                                 Of Counsel

40605