IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv875-ID |
| | ) |
| MID STATE LAND & TIMBER CO., | ) |
| INC. d/b/a SEDGEFIELDS | ) |
| PLANTATION, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion to compel (doc. # 38) filed on March 21, 2007. After being given an opportunity to respond, the plaintiffs have filed nothing in opposition to the motion to compel. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to compel (doc. # 38) be and is hereby GRANTED. The Alabama National Guard be and is hereby DIRECTED to comply with the subpoena issued by the defendant on March 16, 2007.

Done this 12th day of April, 2007.

                                                     /s/Charles S. Coody
                                                   CHARLES S. COODY
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE