# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JEFFREY HARRIS,** ) | |
| **WILLIE BERNARD MACK,** ) | |
| **DEMETRIUS PARHAM and** ) | |
| **HENRY TARVER,** ) | |
| ) | **CIVIL ACTION NO.:** |
| **Plaintiffs,** ) | **2:06-CV-00875-ID-CSC** |
| ) | |
| vs. ) | |
| ) | |
| **MID STATE LAND & TIMBER** ) | |
| **COMPANY, INC., D/B/A** ) | |
| **SEDGEFIELDS PLANTATION,** ) | |
| ) | |
| **Defendant.** | |

## DEFENDANT'S MOTION FOR SANCTIONS

COMES NOW Defendant Mid State Land & Timber Company, Inc., formerly d/b/a Sedgefields Plantation (hereafter referred to as "Defendant" or "Mid State"), pursuant to Rule 11 of the Federal Rules of Civil Procedure, and moves this Court to sanction Plaintiff Roy Lee and his counsel and award those attorneys' fees and costs as this Court may deem just and proper. In support of this Motion, Defendant relies upon the pleadings and Orders filed in this case and the Memorandum of Law filed herewith.

                        Respectfully submitted,

                      /s/ Carter H. Dukes
                        Carter H. Dukes
                        Kimberly W. Geisler
                      Attorneys for Defendant
               Mid State Land & Timber Co., Inc.
                d/b/a Sedgefields Plantation

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama  35203
(205) 251-2300

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jerry D. Roberson, Esq.
    Roberson & Roberson
    8 Office Park Circle
    Suite 150
    Birmingham, Alabama 35223

    Albert H. Adams, Jr., Esq. (via U.S. Mail)
    Irby Law Firm, LLC
    Post Office Box 910
    Eufaula, Alabama 36072

DONE this the 30th day of August, 2007.

                                      /s/ Carter H. Dukes
                                                 Of Counsel

39265.1