IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEFFREY HARRIS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. 2:06cv875-ID |
| v. ) | |
| ) | |
| **MID STATE LAND & TIMBER CO.,** ) | |
| **INC., d/b/a SEDGEFIELDS** ) | |
| **PLANTATION,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Defendant's motion for sanctions, which is accompanied by a memorandum of law (Doc. Nos. 55-56), it is ORDERED that Plaintiff Roy Lee show cause, if any there be, on or before September 13, 2007, why said motion should not be granted.

Done this 30th day of August, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE