IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 2:06cv875-ID |
| v. | ) |
| | ) |
| MID STATE LAND & TIMBER CO., | ) |
| INC., d/b/a SEDGEFIELDS | ) |
| PLANTATION, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's motion for sanctions, which is accompanied by a memorandum of law (Doc. Nos. 55-56), and Plaintiff Roy Lee's Response (Doc. No. 59), it is ORDERED that said motion be and the same is hereby DENIED.

Done this 25th day of September, 2007.

                                                /s/ Ira DeMent
                                                SENIOR UNITED STATES DISTRICT JUDGE