IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MID-STATE LAND & TIMBER )<br>COMPANY, INC., d/b/a )<br>SEDGEFIELDS PLANTATION, )<br>)<br>Defendant. | Civil Action No.:<br>2:06-cv-875-ID-CSC |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, Jeffrey Harris, Willie Bernard Mack, Demetrius Parham, and Henry Tarver and Roy Lee, in the above-styled cause, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order granting summary judgment in favor of the Defendant on August 20, 2007 on Plaintiff Roy Lee's claim and its Memorandum Opinion of October 3, 2007 granting summary judgment in favor of the Defendant on the remaining Plaintiffs' claims.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
ROBERSON & ROBERSON
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:    205.981.3906
Fax Number:    205.981.3908
E-mail: jdratty@charter.net
tlbaker@charter.net

**OF COUNSEL***:*

Albert H. Adams, Jr. (ADA-058)
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
Post Office Box 670
Eufaula, AL  36072-0670
Telephone: (334) 687-1326
Facsimile: (866) 910-9989
E-mail: albertadamslaw@aol.com


## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203


                              s/Jerry Roberson_____
                              OF COUNSEL