# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM, HENRY TARVER, and ROY LEE ) ) ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO.: 2:06-CV-00875-ID-CSC |
| vs. ) ) | |
| MID STATE LAND & TIMBER COMPANY, INC., D/B/A SEDGEFIELDS PLANTATION, ) ) ) ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF CROSS APPEAL

Notice is hereby given that Mid State Land & Timber Company, Inc., formerly d/b/a Sedgefields Plantation, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the September 25, 2007 Order denying Defendant's Motion for Sanctions as to Plaintiff Roy Lee's claims (Doc. No. 60).[1]

---

[1] Final judgment was entered on October 3, 2007. Plaintiffs, including Plaintiff Roy Lee, filed a Notice of Appeal on October 15, 2007. Defendant's Notice of Cross Appeal is timely filed. FED. R. APP. P. 4(a)(3).

Respectfully submitted,

/s/Kimberly W. Geisler
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendant
Mid State Land & Timber Co., Inc.

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama  35203
(205) 251-2300

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing upon counsel of record either through the CM/ECF system or by placing a copy of same in the United States Mail, first class postage prepaid and addressed as follows:

Jerry D. Roberson, Esq.
Roberson & Roberson
Roberson & Roberson
3765 Kinross Drive
Birmingham, Alabama 35238-0487

Albert H. Adams, Jr., Esq.
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
Post Office Box 910
Eufaula, Alabama 36072

DONE this the 17th day of October, 2007.

/s/ Kimberly W. Geisler
Of Counsel

41980