```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000767
Cashier ID: cstrecke
Transaction Date: 10/17/2007
Payer Name: ROBERSON AND ROBERSON
```
---
NOTICE OF APPEAL/DOCKETING FEE
 For: ROBERSON AND ROBERSON
 Case/Party: D-ALM-2-06-CV-000875-001
 Amount:       $455.00

---
CHECK
 Remitter: ROBERSON AND ROBERSON
 Check/Money Order Num: 1884
 Amt Tendered:  $455.00

---
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

DALM206CV000875-ID

NOTICE OF APPEAL

ROBERSON AND ROBERSON

P O BOX 380487

BIRMINGHAM, AL  35238