```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000784
Cashier ID: cstrecke
Transaction Date: 10/18/2007
Payer Name: SCOTT DUKES AND GEISLER PC
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SCOTT DUKES AND GEISLER PC
 Case/Party: D-ALM-2-06-CV-000875-001
 Amount:        $455.00
------------------------------------
CHECK
 Remitter: SCOTT DUKES AND GEISLER PC
 Check/Money Order Num: 1232
 Amt Tendered: $455.00
------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00
```

DALM206CV000875-ID

NOTICE OF APPEAL

SCOTT DUKES AND GEISLER PC

2100 3RD AVENUE NORTH

SUITE 700
BIRMINGHAM, AL  35203