RECEIVED

2008 MAR -3  P 12: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 29, 2008

**Appeal Number: 07-14903-HH**
Case Style: Jeffrey Harris v. Mid-State Land & Timber Company
District Court Number: 06-00875 CV-D

TO:   Debra P. Hackett

CC:   Jerry D. Roberson

CC:   Kimberly Wood Geisler

CC:   Carter H. Dukes

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 29, 2008

RECEIVED
2008 MAR -3 P 12: 37
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14903-HH**
Case Style: Jeffrey Harris v. Mid-State Land & Timber Company
District Court Number: 06-00875 CV-D

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joe Caruso (404) 335-6177

Roy Lee's appeal and Mid-State Land & Timber Company's cross-appeal will continue unabated.

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

07-14903-HH

RECEIVED
2008 MAR -3 P 12: 37

DEBRA P. HACKED
U.S. DISTRICT OF APPEALS
MIDDLE DISTRICT ALA

FEB 29 2008

THOMAS K. KAHN
CLERK

JEFFERY HARRIS,
WILLIE BERNARD MACK,
DEMETRIUS PARHAM,
HENRY TARVER,
ROY LEE,

                Plaintiffs-Appellants
                Cross-Appellees,

versus

MID-STATE LAND & TIMBER COMPANY, INC.,
d.b.a. Sedgefields Plantation,

                Defendant-Appellee
                Cross-Appellant.

-------------------------
On Appeal from the United States District Court for the
Middle District of Alabama
-------------------------

BEFORE: BIRCH and PRYOR, Circuit Judges.

BY THE COURT:

  Appellee-Cross-Appellant Mid-State Land & Timber Company and all Appellants-Cross-Appellees other than Roy Lee have jointly filed a motion to dismiss

the appeal and the cross-appeal in part with prejudice, with the parties to bear their own costs. That motion is GRANTED. This order affects neither Appellant Lee's appeal nor Mid-State cross-appeal as to Mr. Lee, both of which shall continue unabated.

A TRUE COPY - ATTESTED:
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

BY: *[signature]*
DEPUTY CLERK
ATLANTA, GEORGIA